```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH A. BROWN,            :
                            :
        Plaintiff           :   CIVIL NO. 1:16-CV-01585
                            :
    vs.                     :
                            :
SARAH DEES, et al.,         :   (Judge Rambo)
                            :
                            :
        Defendants          :
------------------------------------------------------------
JOSEPH A. BROWN,            :
                            :
        Plaintiff           :   CIVIL NO. 1:16-CV-01700
                            :
    vs.                     :
                            :
MATT EDINGER, ET AL.,       :   (Judge Rambo)
                            :
                            :
        Defendants          :
```

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The order (Doc. 6) issued in Civil No. 16-1700 on August 17, 2016, (1) construing Brown's motion for leave to proceed <u>in forma pauperis</u> as a motion for leave to proceed without full prepayment of the filing and (2) granting that motion is **VACATED** and the motion to proceed <u>in forma pauperis</u> (Doc. 2.) is **DENIED**.

      2. Brown's complaint in Civil No. 16-1585 is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g), and all other pending motions in that case are **DEEMED MOOT**.

      3. Brown's motion for leave to proceed <u>in forma pauperis</u> (Doc. 2) in Civil No. 16-1700 is **DENIED**.

      4. Brown's complaint in Civil No. 16-1700 is **DISMISSED** without prejudice pursuant to the three-strikes provision, 28 U.S.C. § 1915(g).

      5. The Clerk of Court shall **CLOSE** the above-captioned cases.

      6. Any appeals from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

                                              <u>s/Sylvia Rambo</u>
                                               SYLVIA H. RAMBO
                                               United States District Judge

December 8, 2016